# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| LAURA L. MAAS, ADMINISTRATRIX OF THE ESTATE OF LISA CHRISTINE MAAS, DECEASED, | : | No. 382 WAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Respondent | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| UPMC PRESBYTERIAN SHADYSIDE D/B/A WESTERN PSYCHIATRIC INSTITUTE AND CLINIC; WESTERN PSYCHIATRIC INSTITUTE & CLINIC; MICHELLE BARWELL, M.D.; AND WESTERN PSYCHIATRIC INSTITUTE & CLINIC ADULT COMMUNITY TREATMENT TEAM, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of February, 2019, the Petition for Allowance of Appeal

is **GRANTED**, **LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to all

remaining issues.  The issue, rephrased for clarity is:

> Can an "identifiable third party" for purposes of a mental health professional's duty to warn third parties consist of a group of unnamed neighbors under *Emerich v. Philadelphia Center for Human Development, Inc.*, 720 A.2d 1032 (Pa. 1998), which limits a mental health professional's duty to warn to specific, imminent threats of serious bodily injury made against specifically identified or readily identifiable third parties?

Justice Wecht did not participate in the consideration or decision of this matter.